**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **STEPHANIE MOORE,** | ) | **CASE NO.1:11CV30** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. | ) | |
| | ) | O R D E R |
| | ) | |
| **S. GEARHART,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This Court has reviewed the Report and Recommendation (Doc.# 11) of Magistrate Judge Greg White.  The Magistrate Judge recommends that the Complaint be dismissed with prejudice for failure to prosecute.

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen (14) days after service, but Plaintiff has failed to timely file any such objections.  Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation.  Any further review by this Court would be a duplicative and  inefficient use of the Court's limited resources.  Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 11 ) and the Complaint is dismissed with prejudice.

IT IS SO ORDERED.

Dated: 6/6/2011

    *S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE